# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ROBERT VASQUEZ,

    Plaintiff,

v.                                                                                                                 Case No. Civ. 22-462 DHU/KK

NEW MEXICO CORRECTIONS
DEPARTMENT, *et al.*,

    Defendants.

## ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE
## AND ASSOCIATED DEADLINE

THIS MATTER is before the Court sua sponte on review of the docket. The parties filed a Joint Status Report and Provisional Discovery Plan on August 3, 2022. (Doc. 16.) On August 8, 2022, the Court found good cause to delay entry of a Rule 16 scheduling order and stayed discovery in this matter. (Doc. 18.) On January 17, 2023, United States District Judge David H. Urias denied Plaintiff's Motion to Consolidate. (Doc. 29.)

IT IS THEREFORE ORDERED as follows:

1.  By no later than **January 26, 2023,** the parties must either file an amended Joint Status Report and Provisional Discovery Plan setting forth any agreed-upon or competing revised proposed case management deadlines or, a joint motion to continue stay of discovery pending resolution of Plaintiff's First Motion to Amend Complaint [Doc. 15]; and,

2.  The Court will hold a Scheduling Conference **by telephone** on **Wednesday, February 1, 2023, at 10:30 a.m.** Counsel are to call the Court's AT&T conference line at (877) 848-7030 and enter the code 7324132 to connect to the proceedings. At the conference, the Court

will set case management deadlines. Lead counsel must participate unless excused by the Court. Parties need not attend.

    IT IS SO ORDERED.

                                            _____
                                            KIRTAN KHALSA
                                            UNITED STATES MAGISTRATE JUDGE